UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETHA BRUNER,<br><br>    Plaintiff,<br><br>    v.<br><br>ON-SITE MANAGER, INC.,<br><br>    Defendant. | Case No.  15-cv-04071-BLF<br><br>**ORDER TO SHOW CAUSE IN RE SANCTIONS** |

TO PLAINTIFF'S ATTORNEY OF RECORD STEPHANIE TATAR:

YOU ARE HEREBY ORDERED TO SHOW CAUSE in writing, on or before, February 11, 2016, why sanctions in the amount of $250 should not be imposed on counsel for failure to appear at the January 28, 2016 Case Management Conference.  Plaintiff's counsel is HEREBY ORDERED TO APPEAR at a SHOW CAUSE HEARING on March 17, 2016 at 11:00 a.m. in Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, CA 95113 .[1]

**IT IS SO ORDERED.**

Dated: January 28, 2016

_____
BETH LABSON FREEMAN
United States District Judge

---

[1] The Court notes that a further case management conference will also be set for March 17, 2016.