# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KENNETHA BRUNER,<br><br>Plaintiff,<br><br>v.<br><br>ON-SITE MANAGER, INC.,<br><br>Defendant. | Case No. 15-cv-04071-BLF<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE**<br><br>[Re: ECF 20] |

On January 28, 2016, the Court issued an Order to Show Cause why Plaintiff's counsel should not be sanctioned for failure to appear at a scheduled Case Management Conference. Plaintiff's counsel filed a response on February 1, 2016, explaining that the failure to appear was due to a calendaring error. Based upon that explanation, the Order to Show Cause is hereby DISSOLVED. The parties are reminded that a Case Management Conference has been set in this case for March 17, 2016 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: February 3, 2016

_____
BETH LABSON FREEMAN
United States District Judge