UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KENNETHA BRUNER,

    Plaintiff,

  v.

ON-SITE MANAGER, INC.,

    Defendant.

Case No. 5:15-cv-04071-BLF

**CASE MANAGEMENT ORDER**

On March 17, 2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 01/25/2018 at 9:00 am |
| Final Pretrial Conference | 03/15/2018 at 1:30 pm |
| Trial | 04/09/2018 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the parties are to meet, confer, and file a stipulated
6 proposed schedule regarding dates and deadlines to trial.
7    IT IS FURTHER ORDERED THAT the parties are referred to ADR for settlement
8 disucssions.

10   Dated: March 17, 2016

_____
BETH LABSON FREEMAN
United States District Judge