# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KENNETHA BRUNER,<br><br>    Plaintiff,<br><br>    v.<br><br>ON-SITE MANAGER, INC.,<br><br>    Defendant. | Case No. 15-cv-04071-BLF<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Susan van Keulen for a settlement conference.

The parties are directed to contact Judge van Keulen's Courtroom Deputy Clerk, Oscar Rivera, to schedule the settlement conference. Alternatively, the parties may file a joint statement directed to the undersigned, explaining why a settlement conference with Judge van Keulen would not be productive.

**IT IS SO ORDERED.**

Dated: January 26, 2018

_____
BETH LABSON FREEMAN
United States District Judge