# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

KENNETHA BRUNER,

    Plaintiff,

v.

ON-SITE MANAGER, INC.,

    Defendant.

Case No. 15-cv-04071-BLF

**ORDER TO SHOW CAUSE RE: DISMISSAL**

Neither party appeared for the Final Pretrial Conference that was set for hearing on March 22, 2018 at 1:30 p.m. *See* Order Resetting Final Pretrial Conference, ECF 34. Plaintiff is ORDERED TO SHOW CAUSE, in writing and on or before April 5, 2018, why this case should not be dismissed for failure to comply with a Court order and failure to prosecute. *See* Fed. R. Civ. P. 41(b). If Plaintiff fails to respond within the time provided, the action will be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

In light of the parties' failure to appear at the Final Pretrial Conference, the trial set to commence on April 9, 2018 is VACATED.

**IT IS SO ORDERED.**

Dated: March 22, 2018

_____
BETH LABSON FREEMAN
United States District Judge